UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CHARLES S. PLATKIN,

                              Plaintiff,      Case No. 14 CV 6676 (RWS)

       - against -                         **NOTICE OF**
                                                      **VOLUNTARY DISMISSAL**
GOOP, INC.,

                              Defendant.
-------------------------------------------------------------X

       PLEASE TAKE NOTICE that, no defendant having answered or appeared, the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       September 2, 2014

                                                      W.R. SAMUELS LAW PLLC

                                                      William R. Samuels (WS3063)
                                                      280 Madison Avenue, Suite 600
                                                      New York, New York 10016
                                                      (212) 206-9399
                                                      bill@wrsamuelslaw.com

                                                      *Attorney for Plaintiff Charles S. Platkin*